THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES D. CRISP | § | CASE NO. 08-42216-R |
| XXX-XX-6766 | § | |
| 4512 PLAYA COURT | § | CHAPTER 13 |
| SHERMAN, TX  75090 | § | |
| | § | |
| KELLIE J. CRISP | § | |
| XXX-XX-4117 | § | |
| | § | |
| DEBTORS | § | |

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

COMES NOW, Janna L. Countryman, the Standing Chapter 13 Trustee in the above numbered and styled case, filing this Notice to Deposit Unclaimed Funds, and in support thereof, would show the Court as follows:

1. Janna L. Countryman is the duly qualified and acting Trustee in this case, and files this Notice to Deposit Unclaimed Funds pursuant to 11 USC §347(a).

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan, the Trustee's Recommendation Concerning Claims, and/or the Bankruptcy Code.  Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Ct Claim No | Reserve Amount |
   |---|---|---|
   | CITIFINANCIAL | 6 | $2,173.01 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $2,173.01 is attached to this Notice.

Dated: 1-28-14

_Shelly Terrill_
Janna L. Countryman, TBN 04888050
Shelly Terrill, TBN 00794788
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580 / Fax (972) 943-8050

PLA_Notice_DepositFunds

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

JAMES D. CRISP
KELLIE J. CRISP
4512 PLAYA COURT
SHERMAN, TX  75090

PELLEY LAW OFFICE
905 NORTH TRAVIS STREET
SHERMAN, TX  75090-5022

CITIFINANCIAL
3515 WEST FM 120
SUITE 120
DENISON, TX  75020-1556

CITIFINANCIAL
2121 HIGHWAY 1417, SUITE B
SHERMAN, TX  75092

Dated: 1-28-14

_____
Office of the Standing Chapter 13 Trustee