JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: January 24, 2014

Check No. 2089010

Check Amount: $26,550.15

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-41466-R | 00028 | RALEY M. PRIBBLE | 11 | 0622 | 756.92 | 0.00 | 756.92 |
| | | Original check written to:<br>EMC MORTGAGE<br>P. O. BOX 293150<br>LEWISVILLE, TX 75029-3150 | | | | | |
| 08-42055-R | 00032 | ROGER GENE ARMSTRONG | 14 | 4068 | 6.25 | 0.40 | 6.65 |
| | | Original check written to:<br>BRANCH BANKING & TRUST COMPANY<br>ATTN: BANKRUPTCY SECTION<br>P. O. BOX 1847<br>WILSON, NC 27894-1847 | | | | | |
| 08-42127-R | 00018 | GARY LEE JONES, SR. &<br>CAROLYN S. HAYNES-JONES | 4 | 9075 | 49.45 | 0.00 | 49.45 |
| | | Original check written to:<br>FEDERAL CASH ADVANCE<br>8204 ELMBROOK DR SUITE 230<br>DALLAS, TX 75247 | | | | | |
| 08-42179-R | 00010 | TERESA MENSER | 11 | XXXXX9093 | 798.65 | 0.00 | 798.65 |
| | | Original check written to:<br>CAMPUS ADVANTAGE<br>THE TRADITIONAL NORTHGATE<br>301 CHURCH AVE<br>COLLEGE STATION, TX 77840 | | | | | |
| 08-42216-R | 00002 | JAMES D. & KELLIE J. CRISP | 6 | 8022 | 1,359.32 | 243.83 | 1,603.15 |
| | | Original check written to:<br>CITIFINANCIAL<br>2121 HIGHWAY 1417, SUITE B<br>SHERMAN, TX 75092 | | | | | |
| 08-42216-R | 00035 | JAMES D. & KELLIE J. CRISP | 3 | 6766 | 816.12 | 0.00 | 816.12 |
| | | Original check written to:<br>WILSON N. JONES<br>119 W. HOUSTON<br>SHERMAN, TX 75090 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee
Date: January 24, 2014
Check No. 2089010
Check Amount: $26,550.15

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-42305-R | 00013 | JESSE G. & NANCY J. FREEMAN | 18 | XXXXX8/29 | 1,396.85 | 0.00 | 1,396.85 |
| | | Original check written to: EDUCATIONAL CREDIT MANAGEMENT LOCK BOX 8682 P. O. BOX 75848 SAINT PAUL, MN 55175-0848 | | | | | |
| 08-42305-R | 00016 | JESSE G. & NANCY J. FREEMAN | 11 | 0783 | 21.45 | 0.00 | 21.45 |
| | | Original check written to: FEDERAL CASH ADVANCE 8204 ELMBROOK DR SUITE 230 DALLAS, TX 75247 | | | | | |
| 08-42306-R | 00003 | KAROLINE F. KRETZER | 3 | 7315 | 312.77 | 20.81 | 333.58 |
| | | Original check written to: AMERICAN GENERAL FINANCE 5901 WESLEY STREET SUITE 111 GREENVILLE, TX 75402-8991 | | | | | |
| 08-42306-R | 10003 | KAROLINE F. KRETZER | 3 | 7315 | 196.43 | 0.00 | 196.43 |
| | | Original check written to: AMERICAN GENERAL FINANCE 5901 WESLEY STREET SUITE 111 GREENVILLE, TX 75402-8991 | | | | | |
| 08-42447-R | 00020 | ROBERT CLEVELAND & TAMARA ANN HOUGH | 3 | 3368 | 3.63 | 0.00 | 3.63 |
| | | Original check written to: SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT FIRST EXPRESS P. O. BOX 856132 LOUISVILLE, KY 40285-6132 | | | | | |
| 08-42562-R | 00011 | DAVID L. & LINDA MARTIN | 4 | 3725 | 57.47 | 0.00 | 57.47 |
| | | Original check written to: CHRIS A. KNOBBE, MD 1014 MEMORIAL DRIVE SUITE 312 DENISON, TX 75020 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee
Date:  January 24, 2014
Check No. 2089010
Check Amount:  $26,550.15

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-42690-R | 00007 | ARMANDO GUTIERREZ | 8 | 3717 | 1,302.21 | 0.00 | 1,302.21 |
| | | Original check written to:<br>EDUCATIONAL CREDIT MANAGEMENT<br>LOCK BOX 8682<br>P. O. BOX 75848<br>SAINT PAUL, MN 55175-0848 | | | | | |
| 08-42698-R | 00021 | SHEILA A. BROWN | 12 | XXXXXIDED | 4.03 | 0.00 | 4.03 |
| | | Original check written to:<br>CASH DEPOT<br>23 ALAFAYA WOODS BLVD<br>OVIEDO, FL 32765 | | | | | |
| 08-42829-R | 00002 | ROGERIO MORAES SALLES &<br>SHERRY LYNN SEIBOLD | 2 | 1851 | 13.57 | 0.00 | 13.57 |
| | | Original check written to:<br>SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT<br>FIRST EXPRESS<br>P. O. BOX 856132<br>LOUISVILLE, KY 40285-6132 | | | | | |
| 08-42849-R | 00012 | JAMES CHESTER, III & RACHEL<br>JOYCE CHESTER | 4 | XXXXX6124 | 61.83 | 0.00 | 61.83 |
| | | Original check written to:<br>CREDIT BUREAU SERVICES<br>P. O. BOX 1808<br>ALEXANDRIA, LA 71309 | | | | | |
| 08-42849-R | 00014 | JAMES CHESTER, III & RACHEL<br>JOYCE CHESTER | 5 | 9336 | 287.92 | 0.00 | 287.92 |
| | | Original check written to:<br>EDUCATIONAL CREDIT MANAGEMENT<br>LOCK BOX 8682<br>P. O. BOX 75848<br>SAINT PAUL, MN 55175-0848 | | | | | |
| 08-42849-R | 00030 | JAMES CHESTER, III & RACHEL<br>JOYCE CHESTER | 14 | XXXXX5457 | 17.89 | 0.00 | 17.89 |
| | | Original check written to:<br>NCO PORTFOLIO MANAGEMENT<br>507 PRUDENTIAL ROAD<br>HORSHAM, PA 19044 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: January 24, 2014

Check No. 2089010

Check Amount: $26,550.15

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-42853-R | 00015 | JACK S. BURKHOLDER | 12 | 7765 | 217.18 | 0.00 | 217.18 |
| | | Original check written to:<br>ROUNDUP FUNDING, LLC<br>P. O. BOX 91121<br>MS 550<br>SEATTLE, WA 98111-9221 | | | | | |
| 08-42920-R | 00009 | PATRICIA ANTOINE | 8 | 0003 | 650.68 | 0.00 | 650.68 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEBT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 08-42959-R | 00013 | REYNALDO LUNA REYES | 6 | 2309 | 279.82 | 0.00 | 279.82 |
| | | Original check written to:<br>WELLS FARGO NATIONAL BANK<br>CENTRAL PROCESSING<br>P. O. BOX 7510<br>URBANDALE, IA 50323-7510 | | | | | |
| 08-42962-R | 00030 | ANTHONY P. & SUSAN L. CASH | 11 | 6144 | 516.24 | 0.00 | 516.24 |
| | | Original check written to:<br>PARAGON WAY<br>P. O. BOX 42829<br>AUSTIN, TX 78704 | | | | | |
| 08-43049-R | 00015 | THOMAS RUSSELL WRIGHT, JR. & PHYLLIS JEAN WRIGHT | 5 | 9915 | 19.85 | 0.00 | 19.85 |
| | | Original check written to:<br>DIRECT ENERGY BUSINESS<br>2 GATEWAY CENTER<br>PITTSBURGH, PA 15222 | | | | | |
| 08-43049-R | 00020 | THOMAS RUSSELL WRIGHT, JR. & PHYLLIS JEAN WRIGHT | 14 | XXXXX0228<br><br>XXXXX4173 | 394.58 | 0.00 | 394.58 |
| | | Original check written to:<br>TADE FLOWER MOUND LP<br>SHIELDS BRITTON & FRASER PC<br>5401 VILLAGE CREEK DRIVE<br>PLANO, TX 75093 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee
Date: January 24, 2014
Check No. 2089010
Check Amount: $26,550.15

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-43201-R | 00024 | GEORGE JOSEPH MATA, SR. & MARIA DELORES MATA | 4 | 9169 | 31.65 | 0.00 | 31.65 |
| | | Original check written to: ROUNDUP FUNDING, LLC P. O. BOX 91121 MS 550 SEATTLE, WA 98111-9221 | | | | | |
| 08-43201-R | 00025 | GEORGE JOSEPH MATA, SR. & MARIA DELORES MATA | 3 | 6961 | 34.87 | 0.00 | 34.87 |
| | | Original check written to: ROUNDUP FUNDING, LLC P. O. BOX 91121 MS 550 SEATTLE, WA 98111-9221 | | | | | |
| 08-43201-R | 00027 | GEORGE JOSEPH MATA, SR. & MARIA DELORES MATA | 2 | 4068 | 37.36 | 0.00 | 37.36 |
| | | Original check written to: ROUNDUP FUNDING, LLC P. O. BOX 91121 MS 550 SEATTLE, WA 98111-9221 | | | | | |
| 09-40239-R | 00024 | RICHARD SCOTT BRADFORD | 6 | XXXXX5433 | 25.58 | 0.00 | 25.58 |
| | | Original check written to: LYON GORSKY HARING & GILBERT 3131 MCKINNEY AVENUE #100 DALLAS, TX 75204-2430 | | | | | |
| 09-40809-R | 00001 | EDWARD & HERMILA GLORIA CADENA | 1 | XXXXX3581 | 639.28 | 26.44 | 665.72 |
| | | Original check written to: CAPITAL ONE AUTO FINANCE C/O ASCENSION CAPITAL GROUP P. O. BOX 201347 ARLINGTON, TX 76006-1347 | | | | | |
| 09-41661-R | 00021 | NITA CURTIS TUCKER | 1 | 6858 | 1,734.13 | 0.00 | 1,734.13 |
| | | Original check written to: DEPARTMENT STORES NATIONAL BANK/MACYS TSYS DEBT MGMT. INC. P. O. BOX 137 COLUMBUS, OH 31902-0137 | | | | | |

PLA_Report_COCVoucher                     Page 5 of 6

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: January 24, 2014

Check No. 2089010

Check Amount: $26,550.15

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-42413-R | 00010 | CHRISTINA WILLIAMS | 2 | 5572 | 78.10 | 0.00 | 78.10 |
| | | Original check written to: <br> FIRST CHOICE POWER SPECIAL PURPOSE LP <br> 225 E. JOHN CARPENTER FREEWAY., SUITE 1500 <br> MS 1650 <br> IRVING, TX 75062 | | | | | |
| 10-42978-R | 00015 | WILLIE R. CHANEY | 1 | 9487 | 0.00 | 4.61 | 4.61 |
| | | Original check written to: <br> EVERHOME MORTGAGE <br> P. O. BOX 2167 <br> JACKSONVILLE, FL 32232 | | | | | |
| 11-50032-R | 00043 | MONTE R. HUDSON | 1 | 2689 | 0.00 | 81.75 | 81.75 |
| | | Original check written to: <br> VANDERBILT MORTGAGE AND FINANCE INC. <br> PO BOX 9800 <br> MARYVILLE, TN 37802 | | | | | |
| 12-42402-R | 00025 | JESSICA L SNODGRASS | 6 | 3550 | 0.00 | 4.61 | 4.61 |
| | | Original check written to: <br> JPMORGAN CHASE BANK, NATL ASSOC <br> 3415 VISION DRIVE <br> MAIL CODE: OH4-7142 <br> COLUMBUS, OH 43219 | | | | | |
| | | | | **TOTALS** | $12,122.08 | $382.45 | $12,504.53 |